UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JERRY SHELBY,

    Plaintiff,

    v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation,

    Defendant.

Case No. 2:21-cv-11544-MAG-KGA

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Jerry Shelby, and Defendant The Prudential Insurance Company of America, by and through their respective attorneys, hereby stipulate that all claims alleged in the above entitled action are dismissed with prejudice, without an award of attorney's fees and/or costs to either party.

Respectfully submitted, this 14th day of October, 2021.

75415051v.1

| | |
|---|---|
| /s/ *Bradley M. Peri* (with permission) | /s/ *Matthew A. Clabots* |
| Bradley M. Peri | Matthew A. Clabots |
| Goodman Acker, P.C. | Ian H. Morrison |
| 17000 W. Ten Mile Road | Seyfarth Shaw LLP |
| 2nd Floor | 233 S. Wacker Drive |
| Southfield, Michigan 48075 | Suite 8000 |
| | Chicago, IL 60606 |
| | Telephone: (312) 460-5000 |
| Attorney for Plaintiff, JERRY SHELBY | Facsimile: (312) 460-7000 |
| | Email: imorrison@seyfarth.com |
| | Email: mclabots@seyfarth.com |
| | |
| | Hans J. Massaquoi |
| | hmassaquoi@lewismunday.com |
| | LEWIS & MUNDAY PC |
| | 535 Griswold, Suite 2300 |
| | Detroit, Michigan 48226 |
| | Telephone: (313) 961-2550, Ext. 4116 |
| | Facsimile: (313) 961-1270 |
| | |
| | Attorneys for Defendant |
| | THE PRUDENTIAL INSURANCE |
| | COMPANY OF AMERICA |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I will send notification of such filing to all counsel of record, including the following, via email:

> Bradley M. Peri
> Goodman Acker, P.C.
> 17000 W. Ten Mile Road
> 2nd Floor
> Southfield, Michigan 48075
> bperi@goodmanacker.com

*/s/ Matthew A. Clabots*

75415051v.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JERRY SHELBY,<br><br>    Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 2:21-cv-11544<br><br>District Judge Mark A. Goldsmith<br>Magistrate Judge Kimberly G. Altman |

## **ORDER**

This matter having come before the Court on the parties' Stipulation of Dismissal with Prejudice, and the Court being otherwise fully advised in the premises,

IT IS ORDERED that order referring pretrial matters to the Magistrate Judge is vacated.

IT IS ORDERED that this case is dismissed with prejudice with each party to bear its own attorney's fees, costs, and expenses.

SO ORDERED.

Dated: October 14, 2021
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

75415051v.1